**08 CV 3718**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NATIONAL INDEMNITY COMPANY, )
)
)
Petitioner, )
)     Civil Action No.
- against - )
)     **RULE 7.1(a) DISCLOSURE**
)     **STATEMENT**
STONEWALL INSURANCE COMPANY AND )
SEATON INSURANCE COMPANY, )
)
Respondent. )
------------------------------------------------------------x

[Stamp: APR 18 2008 U.S.D.C. S.D.N.Y. CASHIERS]

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Petitioners, National Indemnity Company ("NICO"), certifies as follows:

1. NICO a non-governmental corporation.

2. NICO is 100% owned by Berkshire Hathaway Inc.

Dated: April 18, 2008
New York, New York

By: _____
DEWEY & LEBOEUF LLP
John M. Nonna
1301 Avenue of the Americas
New York, NY 10019
Phone: (212) 259-8000
Fax: (212) 259-6333

CLYDE & CO.
Michael A. Knoerzer
The Chrysler Building
405 Lexington Avenue
11th Floor
New York, New York 10174
Phone: (212) 710-3900
Fax: (212) 710-3950

*Attorneys for Petitioner National Indemnity Company*