UNITED STATES DISTRICT COURT                                    INDEX # 08 CV 3718
SOUTHERN DISTRICT OF NEW YORK

                                                                FILED ON: APRIL 18, 2008

## NATIONAL INDEMNITY COMPANY

Plaintiff(s)

*against*

## STONEWALL INSURANCE COMPANY AND SEATON INSURANCE COMPANY

Defendant(s)

STATE OF RHODE ISLAND, COUNTY OF NEWPORT, SS.:          AFFIDAVIT OF SERVICE

_____Hymie Beaufort_____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____Middletown, RI_____. That on _____April 21, 2008_____ at _____12 55 PM_____, at _____200 METRO CTR BLVD., UNIT #8, WARWICK, RI_____ deponent served the within _____Summons and Complaint_____

with Index No. and date of filing clearly visible on said _____08 CV 3718_____
on _____STONEWALL INSURANCE COMPANY_____

a(n) _____defendant herein_____, by delivering thereat a true copy thereof to _____Teresa Reali-Accountant_____, personally, deponent knew said _____defendant herein_____ so served to be the _____defendant herein_____ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said _____defendant herein_____ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: Female   Skin Color: Tan   Hair Color: Black
Age: 35 - 40 Yrs.   Height: 5' 0" - 5' 2"   Weight: 100 - 125 Lbs.   Other: _____

Sworn to before me on this _22_ day of _____April, 2008_____

_____[signature]_____                                    _____[signature]_____
                                                         Hymie Beaufort
                                                         Server's Lic. # 6172

                                                         Affidavit # 9999621

ATTORNEY: Dewey _____ LLP, Ph: 212-259-8000
ADDRESS: 1301 Avenue of the Americas New York NY 10019   File No.:



%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     New York

NATIONAL INDEMNITY COMPANY

**SUMMONS IN A CIVIL ACTION**

V.

STONEWALL INSURANCE COMPANY AND
SEATON INSURANCE COMPANY

CASE NUMBER:

## 08 CV 3718

TO: (Name and address of Defendant)

STONEWALL INSURANCE COMPANY
200 METRO CENTER BOULEVARD
UNIT #8
WARWICK, RI 02886-1753

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN M. NONNA
DEWEY & LEBOEUF LLP
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

MICHAEL A. KNOERZER
CLYDE & CO.
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE, 11TH FLOOR
NEW YORK, NY 10174

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 8 2008

CLERK                                                                 DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                          *Signature of Server*

                               _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.