UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX # 08 CV 3718

FILED ON: APRIL 18, 2008

*NATIONAL INDEMNITY COMPANY*

Plaintiff(s)

*against*

*STONEWALL INSURANCE COMPANY AND SEATON INSURANCE COMPANY*

Defendant(s)

STATE OF RHODE ISLAND , COUNTY OF NEWPORT , SS.:                    AFFIDAVIT OF SERVICE

_____ Hymie Beaufort _____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides at _____ Middletown, RI _____ . That on _____ April 21, 2008 _____ at _ 12 55 PM _ , ·

at _____ 200 METRO CTR BLVD., UNIT #8, WARWICK, RI _____ deponent served the

within _____ Summons and Complaint _____

with Index No. and date of filing clearly visible on said _____

on _____ SEATON INSURANCE COMPANY _____

_____ ,

a(n) _____ defendant herein _____ , by delivering thereat a true copy thereof to _____ Teresa Reali-Accountant _____ ,

personally, deponent knew said _____ defendant herein _____ so served to be the _____ defendant herein _____ so described,

and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf

of said _____ defendant herein _____ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: _ Female _  Skin Color: _ Tan _  Hair Color: _ Black _

Age: _ 35 - 40 Yrs. _  Height: _ 5' 0" - 5' 2" _  Weight: _ 100 - 125 Lbs. _  Other: _____

Sworn to before me on this _ 22 _ day of _ April, 2008 _

_____

_____
Hymie Beaufort
Server's Lic. #  6172

Affidavit #9999622

ATTORNEY: De____ ____oeuf LLP , Ph: 212-259-8000
ADDRESS:  1301 Avenue of the Americas New York NY 10019    File No.:

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

NATIONAL INDEMNITY COMPANY

**SUMMONS IN A CIVIL ACTION**

V.

STONEWALL INSURANCE COMPANY AND
SEATON INSURANCE COMPANY

CASE NUMBER:

## 08 CV 3718

TO: (Name and address of Defendant)

SEATON INSURANCE COMPANY
200 METRO CENTER BOULEVARD
UNIT #8
WARWICK, RI 02886-1753

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN M. NONNA
DEWEY & LEBOEUF LLP
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

MICHAEL A. KNOERZER
CLYDE & CO.
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE, 11TH FLOOR
NEW YORK, NY 10174

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

_____
CLERK

APR 1 8 2008
_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | DATE |
| NAME OF SERVER (PRINT) | | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.