UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>       Plaintiff,<br>vs.<br><br>STONEWALL INSURANCE COMPANY<br>and SEATON INSURANCE COMPANY,<br><br>       Defendants. | Civil Action No. 08-CV-3718<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

  Please enter my appearance in the above-captioned case as counsel for defendants Seaton Insurance Company and Stonewall Insurance Company. I kindly request receipt of electronic ECF notification in this matter.

  I certify that I am admitted to practice in this Court.

Dated: April 29, 2008

            *John R. Vales*
            _____
            John R. Vales (JV-4307)

            RIKER, DANZIG, SCHERER, HYLAND &
            PERRETTI LLP

            500 Fifth Avenue, Suite 4920
            New York, New York 10110
            (212) 302-6574

            Attorneys for Defendants, Seaton Insurance
            Company and Stonewall Insurance Company

## **CERTIFICATION**

A copy of the foregoing Notice of Appearance has been served upon the following counsel for plaintiff via electronic mail this 29th day of April, 2008:

Michael A. Knoerzer, Esq.
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue, 11th Floor
New York, New York 10174

John M. Nonna, Esq.
DEWEY & LEBOEUF, LLP
1301 Avenue of the Americas
New York, New York 10119

_____
John R. Vales

3852797.1