John R. Vales, Esq. (JV-4307)
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981

Attorneys for Defendants, Seaton Insurance
Company and Stonewall Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>                              Plaintiff,<br>vs.<br><br>STONEWALL INSURANCE COMPANY<br>and SEATON INSURANCE COMPANY,<br><br>                              Defendants. | Civil Action No. 08-CV-3718<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Seaton Insurance Company (a private, non-governmental party) and Stonewall Insurance Company (a private, non-governmental party) certifies that 100% of the stock of Seaton Insurance Company and Stonewall Insurance Company is held by Stonewall Acquisition Corporation.

Dated:   April 29, 2008

*John R. Vales*
John R. Vales (JV-4307)

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

Attorneys for Defendants, Seaton Insurance Company and Stonewall Insurance Company

## **CERTIFICATION**

A copy of the foregoing Rule 7.1 Disclosure Statement has been served upon the following counsel for plaintiff via electronic mail this 29th day of April, 2008:

Michael A. Knoerzer, Esq.
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue, 11th Floor
New York, New York 10174

John M. Nonna, Esq.
DEWEY & LEBOEUF, LLP
1301 Avenue of the Americas
New York, New York 10119

_____
John R. Vales

3852819.1