PATTERSON, J
PART, I

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08
```

NATIONAL INDEMNITY COMPANY,

                      Plaintiffs,

vs.

STONEWALL INSURANCE COMPANY
and SEATON INSURANCE COMPANY,

                      Defendants.

Civil Action No. 08-CV-3718

### STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

       Plaintiff National Indemnity Company ("Plaintiff") and defendants Stonewall Insurance Company and Seaton Insurance Company ("Defendants") hereby stipulate as follows:

       WHEREAS, on April 18, 2008, Plaintiff filed its Summons and Complaint For Declaratory And Injunctive Relief To Enforce Judgments Confirming Arbitral Awards And To Enjoin Re-Arbitration Of Confirmed Arbitral Awards ("Complaint");

       WHEREAS, on April 21, 2008, Defendants were served with a copy of the Summons and Complaint;

       WHEREAS Defendants have requested a thirty-day extension of time to answer or otherwise respond to the Complaint and Plaintiff has agreed;

       NOW THEREFORE, the parties through their undersigned counsel hereby stipulate that Defendants shall file and serve their answer or other response to the Complaint on or before June 11, 2008.

IT IS SO STIPULATED:

Dated:     April 28, 2008

                              RIKER, DANZIG, SCHERER, HYLAND
                              & PERRETTI LLP

                              By: _____
                                 John R. Vales (JV-4307)

                                500 Fifth Avenue, Suite 4920
                                New York, New York 10110

                              **Attorneys for Defendants Stonewall Insurance Company and Seaton Insurance Company**

CLYDE & CO US LLP                      DEWEY & LEBOEUF, LLP

By: _____       By: _____
    Michael A. Knoerzer (MK-____)        John M. Nonna (JN-____)

The Chrysler Building                    1301 Avenue of the Americas
405 Lexington Avenue, 11th Floor       New York, New York 10119
New York, New York 10174

                    **Attorneys for Plaintiff National Indemnity Company**

        Good cause appearing therefore, IT IS HEREBY ORDERED that Defendants shall file and serve their answer or other response to the Complaint on or before June 11, 2008.

So ordered this **29** day of **April** 2008

_____
           U.S.D.J