# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

NATIONAL INDEMNITY COMPANY,

    Plaintiff,

vs.

STONEWALL INSURANCE COMPANY AND
SEATON INSURANCE COMPANY,

    Defendants.

**APPEARANCE**

Case Number: 08-cv-3718

ECF Case (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

National Indemnity Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/30/2008 | /s/ Victoria Leigh Melcher |
| Date | Signature |
| | Victoria Leigh Melcher     VM0725 |
| | Print Name     Bar Number |
| | Dewey & LeBoeuf LLP |
| | 1301 Avenue of the Americas |
| | Address |
| | New York     NY     10019 |
| | City     State     Zip Code |
| | (212) 259-8541     (212) 649-1139 |
| | Phone Number     Fax Number |