UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL INDEMNITY COMPANY,

               Plaintiff,

v.

STONEWALL INSURANCE COMPANY and
SEATON INSURANCE COMPANY,

               Defendants.

08-CV-3718 (RWS)
ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Stonewall Insurance Company and Seaton Insurance Company ("Defendants") to answer or otherwise respond to the Complaint of National Indemnity Company ("Plaintiff"), which was extended to June 11, 2008 by stipulation dated April 28, 2008, is further extended to and including July 23, 2008; and it is

FURTHER STIPULATED AND AGREED that the arbitrations commenced by Defendants against Plaintiff by arbitration demands dated March 20, 2008 will not proceed pending further order of the Court.

Dated: June 9, 2008
      New York, New York

CLIFFORD CHANCE

By: _____

Peter Chaffetz
31 West 52nd Street
New York, NY 10019
(212) 878-8000

RIKER DANZIG, SCHERER,
HYLAND & PERRETTI LLP

By: _____

Shawn L. Kelly
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
(973) 538-0800

*Attorneys for Defendants*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

DEWEY & LeBOEUF LLP

By: _____
John M. Nonna
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000

CLYDE & CO US LLP

By: _____
Michael A. Knoerzer
The Chrysler Building
405 Lexington Avenue
11th Floor
New York, New York 10174
(212) 710-3940

*Attorneys for Plaintiff*

SO ORDERED this ___ day of June, 2008:

District Judge Robert W. Sweet

_____
U.S.D.J.