UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NATIONAL INDEMNITY COMPANY,          )
                                     )    Civil Action No. 08 Civ. 3718 (RWS)
            Plaintiff,               )    ECF Case
                                     )
      vs.                            )    **NOTICE OF APPEARANCE**
                                     )
STONEWALL INSURANCE COMPANY AND )
SEATON INSURANCE COMPANY,            )
                                     )
            Defendants.              )
                                     )
------------------------------------------------------------x

To the clerk of this court and all parties of record:

Please enter my appearance in the above-captioned case as counsel for defendants Seaton Insurance Company and Stonewall Insurance Company. I kindly request receipt of electronic ECF notification in this matter.

I certify that I am admitted to practice in this Court.

Dated: July 29, 2008.

_____
James McConnell (JM-3428)

HARGRAVES, McCONNELL &
COSTIGAN P.C.

The Graybar Building
420 Lexington Avenue, Suite 2101
New York, New York 10170
(212) 218-8760

Attorneys For Defendants, Seaton Insurance Company and Stonewall Insurance Company

## CERTIFICATION

A copy of the foregoing Notice of Appearance has been served upon the following counsel via electronic mail this 29th day of July, 2008:

Counsel for Plaintiff:

John M. Nonna, Esq.
Victoria L. Melcher, Esq.
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019

-and-

Michael A. Knoerzer, Esq.
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue, 11th Floor
New York, New York 10174

Counsel for Defendants:

John R. Vales, Esq.
RIKER DANZIG SCHERER HYLAND
& PERRETTI LLP
500 Fifth Avenue, 49th Floor
New York, New York 10119
(212) 302-6574

_____
James McConnell