Sweet /J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NATIONAL INDEMNITY COMPANY,            )
                                       )   Civil Action No. 08 Civ. 3718 (RWS)
              Plaintiff,               )   (ECF Case)
                                       )
       vs.                             )
                                       )   **ORDER**
STONEWALL INSURANCE COMPANY AND        )
SEATON INSURANCE COMPANY,              )
                                       )
              Defendants.              )
-----------------------------------------------------------x



RECEIVED JUL 2 5 2008 JUDGE SWEET CHAMBERS

This matter having been brought before the Court by Hargraves McConnell & Costigan, P.C., along with Riker, Danzig, Scherer, Hyland & Perretti LLP, attorneys for defendants Stonewall Insurance Company ("Stonewall") and Seaton Insurance Company ("Seaton") (collectively, "Defendants"), on motion for an Order under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Sections 3 and 4 of the Federal Arbitration Act ("FAA") to: (i) dismiss the complaint of National Indemnity Company ("NICO"), or stay this action in favor of arbitration; and (ii) compel NICO to arbitrate, and the Court having considered the papers in support of and in opposition to said motion, and having heard oral argument, and for good cause shown,

    IT IS ORDERED and ADJUDGED that Defendants' motion to dismiss is hereby granted; and it is further

    ORDERED and ADJUDGED that arbitration is hereby compelled.

Dated: New York, New York
7/25/08

Hon. Robert W. Sweet, U.S.D.J.

Richard J. Holwell
Part I

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08