UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

NATIONAL INDEMNITY COMPANY,

                Plaintiff,           08 Civ. 3718 (RWS)

    - against -                 O R D E R

STONEWALL INSURANCE COMPANY and
SEATON INSURANCE COMPANY,

                Defendants.

------------------------------------------X

Sweet, D.J.,

        The order of July 25, 2008, granting Defendants' motion to dismiss was signed in error, and is hereby vacated.

        It is so ordered.

New York, NY
August 4, 2008

                                          ROBERT W. SWEET
                                              U.S.D.J.