UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

NATIONAL INDEMNITY COMPANY,

                Plaintiff,

- against -

STONEWALL INSURANCE COMPANY and
SEATON INSURANCE COMPANY,

                Defendants.

------------------------------------------X

O R D E R

08 Civ. 3718 (RWS)

Sweet, D.J.

        Defendants' motion to stay or dismiss and to compel arbitration will be heard on submission without oral argument on Wednesday, August 27, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

New York, NY
August 6, 2008

                              ROBERT W. SWEET
                                  U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08