Sweet/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL INDEMNITY COMPANY,

                Plaintiff,

v.

STONEWALL INSURANCE COMPANY and
SEATON INSURANCE COMPANY,

                Defendants.

08-CV-3718 (RWS)
ECF Case

**STIPULATION**



RECEIVED AUG 1 3 2008 JUDGE SWEET CHAMBERS

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for National Indemnity Company ("Plaintiff") to file papers in response to the Motion to Stay or Dismiss and to Compel Arbitration (the "Motion to Dismiss") filed by Stonewall Insurance Company and Seaton Insurance Company ("Defendants"), is extended to and including September 5, 2008; and it is

    FURTHER STIPULATED AND AGREED that Defendants' time to file reply papers in support of their Motion to Dismiss is extended to and including September 19, 2008; and it is

    FURTHER STIPULATED AND AGREED that oral argument on the Motion to Dismiss shall take place before the Honorable Robert W. Sweet at 12:00 p.m. on September 24, 2008, or as soon thereafter as counsel may be heard.



USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/26/08

Dated: August 5, 2008
New York, New York

HARGRAVES McCONNELL & COSTIGAN, P.C.

By: _____
James D. McConnell, Jr.
420 Lexington Avenue
Suite 2101
New York, NY 10170
(212) 218-8760

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

By: _____
John R. Vales
500 Fifth Avenue
49th Floor
New York, NY 10110
(212) 302-6574

DEWEY & LeBOEUF LLP

By: _____
John M. Norma
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000

CLYDE & CO US LLP

By: _____
Michael A. Knoerzer
The Chrysler Building
405 Lexington Avenue
11th Floor
New York, New York 10174
(212) 710-3940

*Attorneys for Plaintiff*

SO ORDERED this 19 day of August, 2008:
Paul A. Crotty
District Judge ~~Robert W. Sweet~~

_____ – Part I
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/__/__